# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:21-cv-00375-MLB
## Bay Point Capital Partners II, LP v. Hoplite, Inc. et al
## Honorable Michael L. Brown

Minute Sheet for proceedings held In Open Court on 02/10/2021.

TIME COURT COMMENCED: 2:00 P.M.
TIME COURT CONCLUDED: 5:05 P.M.    COURT REPORTER: Jana B. Colter
TIME IN COURT: 3:05    DEPUTY CLERK: Benjamin Thurman
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Louis Cohan representing Hoplite Entertainment, Inc. |
| | Louis Cohan representing Hoplite, Inc. |
| | Louis Cohan representing Jonathan Lee Smith |
| | Gwendolyn Godfrey representing Columbia State Bank |
| | Christopher Kelleher representing Bay Point Capital Partners II, LP |
| | Alexandra Peurach representing Bay Point Capital Partners II, LP |
| | Harris Winsberg representing Bay Point Capital Partners II, LP |
| PROCEEDING CATEGORY: | Motion Hearing(Other Evidentiary Hearing-Contested); |
| MINUTE TEXT: | Hearing held regarding Plaintiff's [3] Emergency Motion to Appoint Receiver. The Court heard argument on the motion. Plaintiff presented the following witness: Chandler Rierson. The following exhibits were admitted: Plaintiff's exhibits A, B, C, D, E, F, G, H, I, J, K, L, O, P, Q, R, S, T, and U. The parties shall submit a proposed order to the Court. |
| HEARING STATUS: | Hearing Concluded |